**Electronically Filed
Supreme Court
SCWC-18-0000119
10-JUL-2024
07:58 AM
Dkt. 14 OGAC**

SCWC-18-0000119

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

DELBERT P. COSTA, JR.,
Petitioner/Claimant-Appellee-Appellant,

vs.

COUNTY OF HAWAI'I, DEPARTMENT OF WATER SUPPLY,
Respondent/Employer-Appellant-Appellee,

and

COUNTY OF HAWAI'I, HEALTH SAFETY DIVISION,
Respondent/Adjuster-Appellant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-18-0000119; CASE NO. AB 2014-143)


ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Petitioner Delbert P. Costa, Jr.'s Application for Writ

of Certiorari, filed on May 17, 2024, is hereby accepted and will

be scheduled for oral argument.  The parties will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawaiʻi, July 10, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

